IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN LARKINS, | : | CIVIL ACTION |
|     Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| JEROME WALSH, et al., | : | NO. 10-1443 |
|     Respondents. | | |

## **ORDER**

BERLE M. SCHILLER, J.

AND NOW, this 3 day of Nov, 2010, upon careful and independent consideration of the petition for Writ of *Habeas Corpus*, and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

    i.    The Report and Recommendation is APPROVED and ADOPTED.

    ii.    The petition for Writ of *Habeas Corpus* is DENIED with prejudice.

    iii.    There is no probable cause to issue a certificate of appealability.

    iv.    The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

_____

BERLE M. SCHILLER, J.